STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-cr-216-JCM-PAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAZARO PAVEL SOTO-LUSSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for Defendant LAZARO PAVEL SOTO-LUSSON, that the date for the Government to file a response to the Defendant's Motion to Suppress (docket #18) be extended for three weeks.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on October 5, 2017. *See* Docket #18. The Government's response deadline is October 19, 2017. After the filing of the Defendant's Motion to Suppress, the parties attempted to negotiate the case, which would have

obviated the need for any further pre-trial litigation. The attempt to negotiate the case was unsuccessful. However, the Government has tendered a revised offer which counsel for the Defendant needs additional time to discuss with the Defendant.

2. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government time to respond to the Defendant's Motion, taking into account due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first stipulation filed herein to continue the Government's response deadline.

DATED: October 19, 2017.

/s/  
PHILLIP N. SMITH, JR.  
Assistant United States Attorney  
Counsel for the United States

/s/  
RAQUEL LAZO  
Assistant Federal Public Defender  
Counsel for Defendant LAZARO SOTO-LUSSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-cr-216-JCM-PAL** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAZARO PAVEL SOTO-LUSSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on October 5, 2017. *See* Docket #18. The Government's response deadline is October 19, 2017. After the filing of the Defendant's Motion to Suppress, the parties attempted to negotiate the case, which would have obviated the need for any further pre-trial litigation. The attempt to negotiate the case was unsuccessful. However, the Government has tendered a revised offer which counsel for the Defendant needs additional time to discuss with the Defendant.

2. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government time to respond to the Defendant's Motion, taking into account due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

## **ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until _____ November 9 _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE